UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. No. 24-252(1) (DSD/DLM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                      **ORDER**

MALIK ERIC BOATMAN,

        Defendant.

This matter is before the court upon the defendant's motion to exclude the time between April 28, 2025, and May 28, 2025, from the Speedy Trial Act computations in this case. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice served by the granting of such continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the facts set forth in the defendant's Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act.

Accordingly, **IT IS HEREBY ORDERED** that the time between April 28, 2025, and May 28, 2025, shall be excluded from the Speedy Trial Act computations in this case.

Dated: April 28, 2025                    /s David S. Doty
                                                 David S. Doty, Judge
                                                 United States District Court